**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | |
|---|---|
| MARVIN GILMORE, | : No. 78 EM 2014 |
| Petitioner | : |
| v. | : |
| COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, ET. AL.; DISTRICT ATTORNEY OF PHILADELPHIA COUNTY, ET. AL., | : |
| Respondents | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 8th day of August, 2014, the Application for Leave to File Original Process and the Petition for Writ of Mandamus and/or Extraordinary Relief are **DISMISSED**. See Commonwealth v. Reid, 642 A.2d 453 (Pa. 1994) (hybrid representation not permitted). The Prothonotary is directed to forward the filings to counsel of record.